# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

KAISHA LYMON

VERSUS

MURPHY OIL USA, INC., ET AL.

CIVIL ACTION

18-358-SDD-EWD

## RULING AND JUDGMENT OF REMAND

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doom dated November 2, 2018, to which the Defendant, Liberty Mutual Insurance Company, filed an objection[3] which was also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Plaintiff's suit is hereby REMANDED to the Nineteenth Judicial District Court, Parish of East Baton Rouge, State of Louisiana for further proceedings.

Baton Rouge, Louisiana the 18 day of December, 2018.

SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 11.
[2] Rec. Doc. 22.
[3] Rec. Doc. 23.

19th JDC - Certified